# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN EDWARD MONTGOMERY,<br><br>　　　　　　　Petitioner,<br><br>　vs.<br><br>JAMES TILTON, Director, et al.,<br><br>　　　　　　　Respondents. | Civil No.　06-2658 L (AJB)<br><br>**SUMMARY DISMISSAL OF SUCCESSIVE PETITION PURSUANT TO 28 U.S.C. § 2244(b)(3)(A) GATEKEEPER PROVISION** |

Petitioner, Sean Edward Montgomery, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 together with a request for appointment of counsel. The Court does not rule on Petitioner's request for appointment of counsel because this case is summarily dismissed pursuant to 28 U.S.C. § 2244(b)(3)(A) as indicated below.

## PETITION BARRED BY GATEKEEPER PROVISION

The instant Petition is not the first Petition for a Writ of Habeas Corpus Petitioner has submitted to this Court challenging his conviction of petty theft with a prior in San Diego County Superior Court case No. SCS165009. On July 17, 2004, Petitioner filed in this Court a Petition for Writ of Habeas Corpus in Case No. 04cv1410. In that petition, Petitioner challenged his conviction in San Diego Superior Court case No. SCS165009 as well. On August 31, 2005, this Court denied the petition on the merits. (*See* Order filed August 31, 2005 in case No. 04cv1401 BEN (BLM) [Doc. No. 23].) On May 1, 2006, Petitioner filed a notice of appeal.

1  This Court denied Petitioner's request for a certificate of appealability on May 5, 2006.(*See*
2  Order filed August 31, 2005 in case No. 04cv1401 BEN (BLM) [Doc. No. 30].) Subsequently,
3  on May 30, 2006, Petitioner filed a request for certificate of appealability with the Court of
4  Appeals for the Ninth Circuit. (*See Mongomerty v. Dep't of Corrections*, No. 06-55674 [Doc.
5  No. 3].) As of the date of this Order, Petitioner's request is still pending before the Ninth
6  Circuit.

   Petitioner is now seeking to challenge the same conviction he challenged in his prior
8  federal habeas petition. Unless a petitioner shows he or she has obtained an Order from the
9  appropriate court of appeals authorizing the district court to consider a successive petition, the
10 petition may not be filed in the district court. *See* 28 U.S.C. § 2244(b)(3)(A). Here, there is no
11 indication the Ninth Circuit Court of Appeals has granted Petitioner leave to file a successive
12 petition. Indeed, the appellate court has yet to consider Petitioner's appeal of the denial of his
13 first habeas petition.

## **CONCLUSION**

15 Because there is no indication Petitioner has obtained permission from the Ninth Circuit
16 Court of Appeals to file a successive petition, this Court cannot consider his Petition.
17 Accordingly, the Court **DISMISSES** this action without prejudice to Petitioner filing a petition
18 in this court if he obtains the necessary order from the Ninth Circuit Court of Appeals.

19 **IT IS SO ORDERED.**
20 **DATED: December 18, 2006**

21 _____
    **M. James Lorenz**
22  **United States District Court Judge**

23
    CC:          ALL PARTIES
24